| | |
|---|---|
| NEELEMAN LAW GROUP | The Honorable Marc Barreca |
| 1904 Wetmore Ave., Suite 200 | Chapter 7 Proceeding |
| Everett, WA 98201 | |
| Telephone: (425) 212-4800 | Location: Marysville |
| Facsimile: (425) 212-4802 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy Case No.: 15-14422 |
| KYUNG WON KIM, | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |
| | ) | |
| KYUNG WON KIM, | ) | Adversary Case No.: 20-01041 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HASBC MORTGAGE SERVICES, INC, as | ) | CERTIFICATE OF MAILING |
| being serviced by Shellpoint Mortgage | ) | |
| Services, | ) | |
| Defendants | ) | |

I hereby certify that on June 15, 2020 a copy of the Summons in an Adversary Proceeding and Complaint with Exhibit were sent to the following parties of interest in the manner referenced below:

HSBC
Attn: CML Customer Resolution Department
1421 W. Shure Drive
Arlington Heights, Illinois 60004

HSBC Finance Corporation (sent certified)
c/o Registered Agent, CT Corporation System
711 Capitol Way S, Suite 204
Olympia, WA 98501

Certificate of Mailing

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**

| | |
|---|---|
| 1 | HSBC Mortgage Services, Inc (sent Certified) |
| | Mail stop NOE 1290 |
| 2 | 1 Corporate Drive, Suite 360 |
| 3 | Lake Zurich, IL 60047-8945 |
| 4 | |
| | HSBC Mortgage Services, Inc. (sent certified) |
| 5 | Attn: Michael Roberts, President |
| | 100 Mittel Drive, Bldg 1 |
| 6 | Wood Dale, IL 60191 |
| 7 | |
| 8 | |
| | HSBC Mortgage Services, Inc. (sent certified) |
| 9 | Attn: Michael Roberts, President |
| 10 | Mail Stop NOE 1290 |
| 11 | 1 Corporate Drive Suite 360 |
| 12 | Lake Zurich, IL 60047-8945 |
| 13 | |
| 14 | Shellpoint Mortgage |
| | Attn: Jack Navarro, president |
| 15 | PO BOX 10826 |
| 16 | Greenville, SC 29603-0826 |
| 17 | Shellpoint Mortgage Servicing (sent certified) |
| 18 | Att: Jack Navarro, president |
| | 75 Beattie Place, #300 |
| 19 | Greenville, SC 29601 |
| 20 | |
| | Shellpoint Mortgage Servicing |
| 21 | Attn: Recovery Department |
| | PO BOX 19024 |
| 22 | Greenville, SC 29602 |
| 23 | |
| 24 | |
| 25 | |
| 26 | Certificate of Mailing |

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**

DATED this 16ʰ day of June, 2020.

/s/ Keven Stehl
Legal Assistant

Certificate of Mailing

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 ‖ F 425.212.4802

**Neeleman
Law
Group**